UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA JAMAE JONES,

                                    Case No. 2:25-cv-12947

      Plaintiff,

                                    HONORABLE STEPHEN J. MURPHY, III

v.

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

_____/

## <u>ORDER DISMISSING CASE WITH PREJUDICE</u>

The parties stipulated to dismiss the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court will therefore dismiss the case and deny the pending motions as moot.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the motion to dismiss [6] and the motion for leave to file an amended complaint [9] are **DENIED AS MOOT**.

This is a final order that closes the case.

**SO ORDERED.**

                                    s/ Stephen J. Murphy, III
                                    STEPHEN J. MURPHY, III
                                    United States District Judge

Dated: December 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2025, by electronic and/or ordinary mail.

s/ R. Loury
Case Manager

2